IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:16-MJ-4082 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | JOHNATHAN D. GREENBURG |
| v. | ) | |
| | ) | FOURTH WAIVER OF RIGHTS |
| DANIEL J. MERCEDE, | ) | PURSUANT TO SPEEDY TRIAL ACT |
| | ) | |
| Defendant. | ) | |

The attorneys for the respective parties, with the consent of the Court, hereby waive the rights to have this case presented to a Grand Jury within thirty (30) days of defendant's arrest, pursuant to the provision of Title 18, United State Code, Section 3161(b) and 3161(h), including all excludable periods, and instead consent to having this case presented to a Grand Jury on or before November 28, 2016.

As grounds for continuance, the Court finds that the ends of justice served by the motion for continuance outweigh the best interest of the public and defendant in a speedy presentation of the case to the Grand Jury because failure to grant such a continuance would deny counsel for both sides the reasonable time necessary for effective investigation, negotiation, and preparation, taking into account the exercise of due diligence.

_____
JONATHAN D. GREENBURG
UNITED STATES MAGISTRATE JUDGE

Date: 10-19-16

_____
Paul M. Flannery
Assistant U.S. Attorney
Date: 10-19-16

_____
Richard H. Blake / Jennifer D. Armstrong
Counsel for Defendant
Date: 10/19/16

_____
Daniel J. Mercede
Defendant
Date: 10/19/16